# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

January 8, 2014

Darryl Mitchell, AUSA  
United States Attorney's Office  
721 Lake Front Commons  
Suite 300  
Newport News, Virginia 23606

Re:   Release of Exhibits: <u>USA v. Michael Casey Brown</u>  
      Criminal Number 2:12cr53

Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to Government Counsel:

Paper Exhibits (Govt. Exhibits 1-6)

Please acknowledge receipt of these exhibits on the attached copy of this letter within ten (10) days from the above date.

FERNANDO GALINDO, Clerk of Court

BY:

Elaine Cavanaugh, Deputy Clerk

_____  
(Signature of AUSA)

1/14/14  
_____  
Date Exhibits Received